UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV 14  P 4: 31

US DISTRICT COURT
BRIDGEPORT CT

IN RE:

3:03 cv 971 (SRU)

RALPHAEL MAZZARIELLO

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, for a ruling on bankruptcy appeal.

The Court has rviewed all of the papers in conjunction with the appeal and on October 29, 2003 issued a ruling affirming the decision of the Bankruptcy Court.

Therefore, it is ORDERED and ADJUDGED that the decision of the Bankruptcy Court is affirmed.

Dated at Bridgeport, Connecticut, this 14th day of November, 2003.

KEVIN F. ROWE

By_____
Deputy Clerk

Entered on Docket _____